```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

BACCARAT, INC.,

    Defendant.

ECF CASE

No.: 1:17-cv-9524 (AT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant Baccarat Co. Inc. having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: February 28 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff Young*

Dated: February 28 2018
New York, New York

_____
Lois Traub
KANE KESSLER, P.C.
666 Third Avenue
New York, New York 10017-4041
ltraub@kanekessler.com
Tel: 212.519.5120
*Attorneys for Baccarat, Inc.*

SO ORDERED.

Dated: March 5, 2018
New York, New York

_____
ANALISA TORRES
United States District Judge

443323v1